# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| RODNEY O. MCINTOSH, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:16-CV-1103 DDN |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

Before the Court is plaintiff's motion to reconsider the Court's Order denying plaintiff's motion to "recall the mandate." Plaintiff's motion for reconsideration will be denied. As set forth in the prior Memorandum and Order, plaintiff is a prisoner who filed a civil action in this Court. Therefore, he is required to pay the full amount of the filing fee. *See* 28 U.S.C. § 1915.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to reconsider the Court's Order denying plaintiff's motion to recall the mandate [Doc. #18] is **DENIED**.

**IT IS FURTHER ORDERED** that an appeal of the denial of this motion would not be taken in good faith.

**IT IS FURTHER ORDERED** that plaintiff shall not be allowed to file any further motions in this closed action, save a notice of appeal or motions relating to a notice of appeal.

Dated this   3rd   day of May, 2017.

 Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE